MICHAEL J. IOANNOU (SBN 95208)
LITA M. VERRIER (SBN 181183)
ROPERS, MAJESKI, KOHN & BENTLEY
50 West San Fernando Street, Suite 1400
San Jose, CA  95113-2429
Telephone:  (408) 287-6262
Facsimile:  (408) 918-4501
Email: mioannou@rmkb.com; lverrier@rmkb.com

Attorneys for Defendants
GENFOOT, INC. and GENFOOT AMERICA, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| COMBS CO., INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>GENFOOT, INC., a Canadian company, GENFOOT AMERICA, INC., and WOLF CREEK WILDERNESS,<br><br>Defendants. | CASE NO. 2:10-CV-00585-FCD-EFB<br><br>**STIPULATION AND ORDER REGARDING DATE FOR DEFENDANTS' RESPONSE TO COMPLAINT BASED ON WAIVER OF SERVICE OF SUMMONS [RULE 4]**<br><br>Complaint filed:  March 11, 2010<br>Judge:  The Hon. Frank C. Damrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties set forth below, through their designated counsel, that pursuant to Federal Rules of Civil Procedure, rule 4, and the timing of the Waiver of the Service of Summons to Defendants GENFOOT, INC. and GENFOOT AMERICA, INC., said Defendants are required to respond to the Complaint herein on or before June 11, 2010.

Pursuant to Federal Rules of Civil Procedure, rule 12, this Stipulation in no way affects any defense based on jurisdiction or venue.

| | | |
|---|---|---|
| 1 | Dated: May 10, 2010 | ROPERS, MAJESKI, KOHN & BENTLEY |

By:  /s/ Michael J. Ioannou
  MICHAEL J. IOANNOU
  Attorneys for Defendants GENFOOT,
  INC. and GENFOOT AMERICA, INC.

Dated: May ____, 2010        JOHN P. SUTTON

By:  /s/
  JOHN P. SUTTON
  Attorneys for Plaintiff
  COMBS CO., INC.

**ORDER**

IT IS SO ORDERED.

Dated: May 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE